SYLVAIN R. LIVINGSTON, Respondent, *v.* ALFRED C. BLUMENTHAL, Appellant.

Submitted March 19, 1937; decided April 27, 1937.

*Jacob Krisel* and *Herman Mendes* for appellant.

*Harry A. Bloomberg, Sol Ringel* and *Milford Fenster* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.